IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM WACHTER,
    Plaintiff,

vs.                              Case No. 3:09mc14/MCR/MD

J. HARRIS,
    Defendant.

## ORDER

      Before the court is plaintiff's Motion For Issuance of Subpoena Duces Tecum directed to non-party R. A. Pippin, Warden of Okaloosa Correctional Institution. (Doc. 1). The underlying litigation upon which this request arises is a civil rights action pending in the United States District Court for the Southern District of Florida, *Wachter v. Harris*, No. 2:07cv14280/DLG/PAW. Plaintiff has also requested that the United States Marshals Service be directed to serve the subpoena, since he is proceeding *in forma pauperis*. Plaintiff has submitted documentation that he has been granted permission to proceed *in forma pauperis* in the underlying litigation. Based on that grant, service of the complaint was handled by the United States Marshals Service without payment of costs under the provisions of 28 U.S.C. § 1915(d), which provides that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases."

      Plaintiff's motion will be granted and the costs of service of the subpoena by the USMS will be advanced by the United States. However, plaintiff is warned that the costs of service are items of cost which may be taxed against the losing party after trial. *See* 28 U.S.C. §§ 1920, 1921; Fed. R. Civ. P. 54(d). Costs may be taxed against an unsuccessful indigent litigant. *Harris v. Forsyth*, 742 F.2d 1277 (11th Cir. 1984); 28 U.S.C. §§ 1915(f)(1), (f)(2).

Accordingly it is ORDERED:

1. Plaintiff's Motion for Issuance of Subpoena Duces Tecum (doc. 1) is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 45(a)(3), the Clerk of Court shall issue a subpoena, signed but otherwise blank, and shall forward the subpoena and a copy of this order to the United States Marshals Service ("USMS").

3. Upon receipt of the subpoena, the USMS shall immediately forward it to plaintiff at his address of record, Okaloosa Correctional Institution, 3189 Little Silver Road, Crestview, Florida 32539-6708. Plaintiff shall complete the subpoena exactly as he requested it from this court, except that the date and time of production or inspection should be modified to allow a reasonable time to comply. Plaintiff shall return the completed subpoena to the USMS Office in Tallahassee. .

4. Upon receipt of the completed subpoena, the USMS shall serve personally serve the subpoena upon Warden Pippin. The Marshal shall complete the USM-285 form for the plaintiff. The USM-285 form shall identify the "Plaintiff" as William Wachter, and the "Defendant" as Correctional Officer J. Harris. The "Court Case Number" shall be identified as this case number as well as Southern District Case Number 2:07cv14280/DLG/PAW. The "Type of Process" is a subpoena duces tecum. The subpoena shall be served upon Warden R. A. Pippin at Okaloosa Correctional Institution, 3189 Little Silver Road, Crestview, Florida 32539-6708. Notice of service shall be sent to plaintiff William Wachter, DC #485669 at Okaloosa Correctional Institution.

DONE AND ORDERED this 18th day of February, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:09mc14/MCR/MD*